IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03531-RM-MJW

JUANETTA LAWRENCE,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools, and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Board of Education,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay All Proceeding in this Case Pending the Outcome of an Appeal Currently Pending Before U.S. Tenth Circuit Court of Appeals (docket no. 8) is DENIED.  Although there is a similar case pending before the U.S. Tenth Circuit Court of Appeals [i.e., case no. 11-cv-02789-PAB-KMT], this case needs to move forward on its own merits since it does not appear that this case will be dismissed depending on the ruling in case no. 11-cv-02789-PAB-KMT by the Tenth Circuit.

It is FURTHER ORDERED the Rule 16 Scheduling Conference set on February 24, 2014, at 9:00 a.m. is VACATED and RESET on April 8, 2014, at 8:30 a.m. The parties shall file their proposed Rule 16 Scheduling Order with the court on or before five (5) business days prior to the Rule 16 Scheduling Conference.

It is FURTHER ORDERED that Plaintiff shall immediately serve the Defendants with process or show cause why this case should not be dismissed.  A Show Cause Hearing is set on April 8, 2014, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: February 18, 2014