IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03531-RM-MJW

JUANETTA LAWRENCE,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools, and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Board of Education,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED defendants' Motion for Leave to File Amended Reply to Plaintiff's Counsel's Response to Motion for Sanctions (Docket No. 35) is GRANTED for good cause shown. The Amended Reply (Docket No. 35-1), Exhibit A-1 (Docket No. 35-2), and Exhibit A-2 (Docket No. 35-3) are accepted for filing and will replace the previously filed Reply (Docket No. 34).

Date: May 23, 2014