IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03531-RM-MJW

JUANETTA LAWRENCE,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools, and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Board of Education,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED Plaintiff's Unopposed Motion to Vacate Final Pretrial Conference (Docket No. 43) is GRANTED.  It is further ordered that:

- The Final Pretrial Conference set for November 12, 2014 at 9:30 a.m. is VACATED; and

- The parties shall file a joint status report on or before January 6, 2015, advising the Court of their (1) progress preparing a proposed pretrial order and (2) availability for a final pretrial conference, regardless of the status of Defendants' motion to dismiss.

Date: November 3, 2014